P22695878

ANA CARDOSO, individually and on behalf of others similarly situated
PLAINTIFF
- vs -
OLIVIA ROSE ENTERPRISES INC. (DBA I LOVE NY), ETAL
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Docket No. 2:24-cv-09756

**Person to be Served**
OLIVIA ROSE ENTERPRISES INC. (DBA I LOVE NY)
651 KAPKOWSKI RD, STE 2080
ELIZABETH NJ 07201

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X**   Not Served _____   Date: 10/23/2024  Time: 2:20PM  Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

Name of person served and relationship / title:

Maria Paolo Rendon

MANAGER

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BLACK**   APP.AGE: **30+**   APP. HT: **5ft3in**   APP. WT: **110**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
24TH day of OCTOBER, 2024

MARCY BLICHAR
Notary Public, State of New Jersey
No. 2457386
Qualified in
Commission Expires 01/03/2028

I, DARLEEN DOMIZIO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____      _____
Signature of Process Server       Date

Client File Number:

Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
STILLMAN LEGAL PC